# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50444  **Case Name:** Hilburn Heath Parker

**Set:** 04/24/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Motion to Extend Automatic Stay Filed by Debtor Hilburn Heath Parker (Attachments: # 1 Proposed Order) (Dkt. #9)

---

Minute Entry Re: (related document(s): [9] Motion to Extend Automatic Stay filed by Hilburn Heath Parker) A no response order has been submitted by Rollins. CA to pull order. Tickle for date: 05/01/2025. Hearing removed. (mcc)