# PROCEEDING MEMO – CHAPTER 13 341A MEETING OF CREDITORS

**DATE/TIME OF MEETING:**     5/9/2025 09:00:00

**IN RE:** HILBURN HEATH PARKER        **CASE NO:** 25-50444-KMS
18420 MILLER EDWARDS RD W
SAUCIER, MS 39574

1. **NAME OF ATTORNEY FOR DEBTOR(S):** Thomas Carl Rollins, Jr., Esq Atty for the Debtor(s), MSB #103469 P O Box 13767 Jackson, MS 39236

2. **CASE FILED ON:** 03/31/2025

3. **APPEARANCES:**

   ( ) DEBTOR(S)
   (✓) ATTORNEY FOR DEBTOR(S)
   ( ) CREDITORS: _____

   ( ) PREVIOUS FILINGS
   ( ) CORRECT FORMS OF ID

4. **MEETING CONCLUDED:**    YES _____    NO ✓

   _____ CASE TO BE DISMISSED _____
   ✓ REASON: FAILURE TO APPEAR.

**OR**

   _____ MEETING TO BE CONTINUED/RESET TO: _____

5. **PAYMENTS PAID IN TO DATE:** _____

**TRUSTEE NOTES:** _____

**TRACK #** 2236        **FOLLOW-UP:** _____

25-50444-KMS