# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50444  **Case Name:** Hilburn Heath Parker
**Set:** 06/05/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge** Katharine M. Samson
**matter** Order to Show Cause for failure to attend the Meeting of Creditors (Show Cause Order Dkt. #23)

Minute Entry Re: (related document(s): [23] Order to Show Cause for failure to attend Meeting of Creditors) Appearances: Phillip Brent Dunnaway, Jennifer Calvillo. Case will be dismissed for failure to attend Meeting of Creditors. CA to prepare order. Tickle for date: 06/19/2025. (cwe)