

SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 6, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
  **HILBURN HEATH PARKER,**                              **CASE NO. 25-50444-KMS**

**DEBTOR(S)**                                                           **CHAPTER 13**

## ORDER DISMISSING CASE

**THIS MATTER** came on for hearing on June 5, 2025 on the ORDER(S) TO SHOW CAUSE (See Dkt. No(s).23) why the above-styled case should be dismissed for failure to:

☐ File **SCHEDULES/STATEMENTS** as required pursuant to Fed. R. Bankr. P. 1007(c) and/or 3015(b).

☐ **PAY FILING FEE** as required in the Order Granting Application to Pay Filing Fee in Installments or the Order Denying Application for Waiver of Filing Fee.

☐ File **CERTIFICATION OF CREDIT COUNSELING** and/or to obtain the required credit counseling as required under 11 U.S.C. § 109(h).

☒ Attend the Section 341 **MEETING OF CREDITORS** as required by 11 U.S.C. § 343.

☐ Comply with the **NOTICE(S) OF DEFICIENCY**, file a **MAILING MATRIX**, or file a **CHAPTER 13 PLAN**.

Having considered the matter, the Court finds that the Debtor has not complied with the above requirements and any extension of time, if any, allowed by the Court. Accordingly,

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the above-styled bankruptcy case is hereby **DISMISSED** for failure to comply with requirements as noted above and for reasons stated at the show cause hearing, if any.

**IT IS FURTHER ORDERED** that in the event this Court has not received funds sufficient to pay the required filing fee and the filing fee has not been waived, the Debtor shall immediately transmit the unpaid balance to the Clerk of the U.S. Bankruptcy Court.

##END OF ORDER##