United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50444-KMS
Hilburn Heath Parker Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 06, 2025     Form ID: ntcdsm     Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hilburn Heath Parker, 18420 Miller Edwards Rd W., Saucier, MS 39574-8329 |
| 5491798 | | ACS Primary Care Physi, P.O. Box 5406, Cincinnati, OH 45273-7942 |
| 5491800 | + | Courtney Parker, 8013 Lakeshore Rd, Bay Saint Louis, MS 39520-7947 |
| 5491804 | + | Nina Parker, 20308 Fox Ridge Dr, Saucier, MS 39574-9697 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5491797 | | Email/Text: ebn@21stmortgage.com | Jun 06 2025 19:25:00 | 21st Mortgage Corporation, P.O. Box 477, Knoxville, TN 37901 |
| 5491799 | + | EDI: CAPIO.COM | Jun 06 2025 23:28:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 5491801 | | EDI: IRS.COM | Jun 06 2025 23:28:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5491802 | + | Email/Text: ebone.woods@usdoj.gov | Jun 06 2025 19:25:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5491803 | + | Email/Text: constance.morrow@mdhs.ms.gov | Jun 06 2025 19:25:00 | MSDHS, Attn: Constance Morrow, PO Box 352, Jackson, MS 39205-0352 |
| 5491805 | | EDI: AGFINANCE.COM | Jun 06 2025 23:28:00 | OneMain Financial Group, LLC, OneMain, Po Box 3251, Evansville, IN 47731-3251 |
| 5491806 | | EDI: PRA.COM | Jun 06 2025 23:28:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5510826 | | EDI: PRA.COM | Jun 06 2025 23:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5495566 | | EDI: Q3G.COM | Jun 06 2025 23:28:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5491807 | | Email/Text: info@receivablerecovery.com | Jun 06 2025 19:25:00 | Receivable Recovery, 110 Veterans Blvd, Ste 445, Metairie, LA 70005 |
| 5491808 | + | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Jun 06 2025 19:25:00 | State of Indiana, 100 N Senate Ave, Indianapolis, IN 46204-2273 |
| 5491809 | | Email/Text: bankruptcy@towerloan.com | Jun 06 2025 19:25:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5491810 | ^ | MEBN | Jun 06 2025 19:24:12 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 13

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 06, 2025 | Form ID: ntcdsm | Total Noticed: 17 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 08, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Hilburn Heath Parker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 25−50444−KMS
Chapter: 13

In re:
   Hilburn Heath Parker
   18420 Miller Edwards Rd W.
   Saucier, MS 39574

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
   xxx−xx−3180

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 6, 2025.

Dated: 6/6/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790