United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-50444-KMS |
| Hilburn Heath Parker | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jun 06, 2025 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hilburn Heath Parker, 18420 Miller Edwards Rd W., Saucier, MS 39574-8329 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jun 08, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Hilburn Heath Parker trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

_____



**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 6, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:
    **HILBURN HEATH PARKER,**      **CASE NO. 25-50444-KMS**

    **DEBTOR(S)**      **CHAPTER 13**

### ORDER DISMISSING CASE

**THIS MATTER** came on for hearing on June 5, 2025 on the ORDER(S) TO SHOW CAUSE (See Dkt. No(s).23) why the above-styled case should be dismissed for failure to:

- ☐ File **SCHEDULES/STATEMENTS** as required pursuant to Fed. R. Bankr. P. 1007(c) and/or 3015(b).

- ☐ **PAY FILING FEE** as required in the Order Granting Application to Pay Filing Fee in Installments or the Order Denying Application for Waiver of Filing Fee.

- ☐ File **CERTIFICATION OF CREDIT COUNSELING** and/or to obtain the required credit counseling as required under 11 U.S.C. § 109(h).

&boxtimes;   Attend the Section 341 **MEETING OF CREDITORS** as required by 11 U.S.C. § 343.

☐   Comply with the **NOTICE(S) OF DEFICIENCY**, file a **MAILING MATRIX**, or file a **CHAPTER 13 PLAN**.

Having considered the matter, the Court finds that the Debtor has not complied with the above requirements and any extension of time, if any, allowed by the Court.  Accordingly,

**IT IS THEREFORE, ORDERED AND ADJUDGED** that the above-styled bankruptcy case is hereby **DISMISSED** for failure to comply with requirements as noted above and for reasons stated at the show cause hearing, if any.

**IT IS FURTHER ORDERED** that in the event this Court has not received funds sufficient to pay the required filing fee and the filing fee has not been waived, the Debtor shall immediately transmit the unpaid balance to the Clerk of the U.S. Bankruptcy Court.

##END OF ORDER##