_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 10, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**
**HILBURN HEATH PARKER**                                      **CHAPTER 13**
                                                              **CASE NO. 25-50444-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
### HILBURN HEATH PARKER (SSN # XXX-XX-3180)

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

> **S & E UNDERGROUND**
> **23167 OLD HWY 49**
> **SAUCIER, MS 39574**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##